| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Steven J. Ashlevitz<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–1929<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Margaret A. Ashlevitz<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5743<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Northern District of Illinois | | |
| Case number:   18–31078 | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steven J. Ashlevitz

Margaret A. Ashlevitz
aka Peggie Ashlevitz

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

November 2, 2021

**For the court:**   Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                         Chapter 13 Discharge                         page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

In re:                                                                   Case No. 18-31078-ABG

Steven J. Ashlevitz                               Chapter 13

Margaret A. Ashlevitz

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1                          User: admin                                         Page 1 of 3

Date Rcvd: Nov 02, 2021                    Form ID: 3180W                                 Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven J. Ashlevitz, Margaret A. Ashlevitz, 614 Sheridan Rd, Apt 1A, Highwood, IL 60040-1024 |
| 29551597 | + | Arrive North Shore Trinity PM, 624 Sheridan Road, Apt 1A, Highwood IL 60040-1019 |
| 27420301 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 27371122 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 27274617 | + | EDI: AMEREXPR.COM | Nov 03 2021 01:58:00 | AMEX, Attn: Bankruptcy Department, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 27274616 | | EDI: AMEREXPR.COM | Nov 03 2021 01:58:00 | AMEX, Bankruptcy Department, PO Box 981535, El Paso, TX 79998-1535 |
| 27384043 | | EDI: BECKLEE.COM | Nov 03 2021 01:53:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 27274618 | | EDI: BANKAMER.COM | Nov 03 2021 01:53:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2235 |
| 27274619 | | EDI: CAPITALONE.COM | Nov 03 2021 01:58:00 | Cap One, 15000 Capital One Dr, Richmond, VA 23238 |
| 27274620 | + | EDI: CAPITALONE.COM | Nov 03 2021 01:58:00 | Cap One, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 27408656 | | EDI: CAPITALONE.COM | Nov 03 2021 01:58:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 27274623 | + | EDI: CITICORP.COM | Nov 03 2021 01:58:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 27274622 | + | EDI: CITICORP.COM | Nov 03 2021 01:58:00 | Citi, Attn: Bankruptcy Department, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 27274624 | | EDI: CITICORP.COM | Nov 03 2021 01:58:00 | Citi, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 27274625 | + | EDI: CITICORP.COM | Nov 03 2021 01:58:00 | Citibank NA, PO Box 769006, San Antonio, TX 78245-9006 |
| 27274626 | | EDI: DISCOVER.COM | Nov 03 2021 01:58:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 27274627 | + | EDI: DISCOVER.COM | Nov 03 2021 01:58:00 | Discover Bank, Discover Products, Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 27293021 | | EDI: FORD.COM | Nov 03 2021 01:58:00 | FORD MOTOR CREDIT COMPANY LLC, PO Box 62180, Colorado Springs, CO 80962 |
| 27274628 | | EDI: FORD.COM | Nov 03 2021 01:58:00 | Ford Credit, National Bankruptcy Service Center, PO Box 537901, Livonia, MI 48153-7901 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 27274621 | | EDI: JPMORGANCHASE | Nov 03 2021 01:58:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 28402949 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2021 22:05:42 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 27428736 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2021 22:05:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 27274629 | + | Email/Text: bankruptcy@memberfirstmortgage.com | Nov 02 2021 21:53:00 | Member First Mortgage, 616 44th St Se, Grand Rapids, MI 49548-7576 |
| 27443210 | | EDI: PRA.COM | Nov 03 2021 01:58:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 27274630 | | EDI: RMSC.COM | Nov 03 2021 01:58:00 | SYNCB/Care Credit, Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 27274631 | + | EDI: RMSC.COM | Nov 03 2021 01:58:00 | SYNCB/Pay Pal, Bankrupcty Notice, PO Box 5138, Timonium, MD 21094-5138 |
| 27444822 | + | Email/Text: bncmail@w-legal.com | Nov 02 2021 21:53:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 27281295 | + | EDI: RMSC.COM | Nov 03 2021 01:58:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 27410255 | + | Email/Text: bncmail@w-legal.com | Nov 02 2021 21:53:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 27274633 | + | EDI: WTRRNBANK.COM | Nov 03 2021 01:58:00 | Target NB, Attn:Bankruptcy Dept., PO Box 673, Minneapolis, MN 55440-0673 |
| 27274632 | + | EDI: CITICORP.COM | Nov 03 2021 01:58:00 | Target NB, CCS Gray OPS Center, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 27288985 | * | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 28342679 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David M Siegel | on behalf of Debtor 1 Steven J. Ashlevitz davidsiegelbk@gmail.com R41057@notify.bestcase.com;johnellmannlaw@gmail.com |
| Glenn B Stearns | stearns_g@lisle13.com |
| Michael L Sherman | on behalf of Creditor FORD MOTOR CREDIT COMPANY LLC shermlaw1@aol.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 4